In the Matter of the Application of THE CITY OF NEW YORK, Appellant, Relative to Acquiring Title, etc., for the Opening and Extending of Tibbett Avenue, etc. MARY ALICE DEAN, Appellant; MARGARET E. PUTNAM and Another, as Executors and Trustees, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements, on *Matter of City of New York* [*Tibbett Ave.*] (162 App. Div. 398). Present — Clarke, P. J., Scott, Smith and Davis, JJ.

JAMES B. ANDREWS, as a Testamentary Trustee, etc., Appellant, v. FLORENCE KIRK, Respondent, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.; Smith, J., dissented.

HOLLOW SCREW COMPANY, Respondent, v. HAMMACHER, SCHLEMMER & COMPANY, Appellant. (Action No. 1.) HOLLOW SCREW COMPANY, Respondent, v. HAMMACHER, SCHLEMMER & COMPANY, Appellant. (Action No. 2.) — Orders affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and answer on payment of costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

LAURA E. F. CASPAR, Appellant, v. J. HARRY MYERS, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

C. A. SMITH LUMBER COMPANY, Respondent, v. COLONIAL ASSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

LITTLEJOHN & BULL, INC., Respondent, v. SIEGFRIED DEUTSCH and Another, Doing Business under the Trade Name, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

JENNIE G. COHEN, Respondent, v. THERESA NEIMAN and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

HARRY COHN, Respondent, v. ALBERT N. BURNHAM and Others, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

MAXWELL G. DUHAN and Another, Copartners, etc., Respondents, v. GEZA D. BERKO, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

PAUL SHELDON and Others, Respondents, v. LEOPOLD LOEVIN, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.